COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| IN RE:  STEPHEN W. JOHNSON AND | | No. 08-10-00078-CV |
| REUBEN R. RIOS, | § | |
| | | AN ORIGINAL PROCEEDING IN |
| Relators. | § | |
| | | MANDAMUS |
| | § | |
| | § | |

**<u>MEMORANDUM  OPINION</u>**

Pending before the Court is Relators' unopposed motion to dismiss this original proceeding.

The motion is granted, and the proceeding is dismissed.


GUADALUPE RIVERA, Justice

December 8, 2010

Before Chew, C.J., McClure, and Rivera, JJ.
Chew, C.J., not participating